# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### REFERRAL SHEET

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 1 8 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Referred by:
- ____ Hon. GEORGE FOLEY, JR., Courtroom #3A
- ____ Hon. PEGGY A. LEEN, Courtroom #3B
- ____ Hon. CARL W. HOFFMAN, Courtroom #3C
- ✓ Hon. NANCY J. KOPPE, Courtroom #3C
- ____ Hon. CAM FERENBACH, Courtroom #3D
- ____ Hon. _____, Courtroom # ____

Today's Date: **December 18, 2019**

Defendant: **Daisy Jeanette Delgado**    Case # **2:19-mj-770-NJK**

Please return on **July 14, 2020** at **1:30 pm in 3C**
for ___ Trial   ___ Sentencing   ✓ Verification of Completion of Sentence   ___ Initial Appearance

____ If defendant has completed all outstanding sentencing obligations before the next scheduled hearing date, his/her appearance will be waived and counsel may appear on his/her behalf.

**You are referred to the following agency(ies.) TAKE THIS FORM WITH YOU WHEN YOU FIRST REPORT TO ANY OF THESE AGENCIES. Additionally, it is YOUR RESPONSIBILITY to pay any fees charged for participation in any of these programs unless the Court has waived your payment of fees.**

____ **FEDERAL PUBLIC DEFENDER** - 411 E. Bonneville, Suite 250, Las Vegas, Nevada.
Telephone number (702) 388-6577. **Report immediately to schedule an interview.**

____ **PRETRIAL SERVICES** - 333 Las Vegas Blvd. So., Room 1112, Las Vegas, Nevada.
Telephone number: (702) 464-5630. **Report immediately to schedule an interview.**

____ **PROBATION DEPARTMENT** - 300 Las Vegas Blvd. So., Suite 1200, Las Vegas, Nevada.
Telephone number: (702) 527-7300. **Report immediately to schedule an interview.**

✓ **ALTERNATIVE SENTENCING & EDUCATION DIVISION** - Regional Justice Center, 200 Lewis Ave., 4th floor, Las Vegas, Nevada, Telephone number: (702) 229-1344.
**Report immediately to schedule.** Hours: 7:30 a.m. to 5:00 p.m., Monday through Thursday.
- ✓ DUI School, with Stop DUI Victim Impact      ____ Drinker/Driver Awareness Class
- ____ Petty Larceny Program                     ____ Community Service (____ Hours)
- ____ Substance Abuse Program                   ____ Anger Management Class
- ____ Other _____

____ **COMMUNITY SERVICE** - _____ Hours
- ____ through Help of Southern Nevada, 1640 E. Flamingo Rd., Suite 100, Las Vegas, Nevada 89119. Telephone Number: (702) 369-4357, Ext. 2102. Hours: 7:00 a.m. to 4:00 p.m., Monday through Thursday.
- ____ at Lake Mead National Recreation Area.
- ____ court-approved nonprofit, charitable organization _____

✓ **RESTRICTION FROM** (✓) Lake Mead National Recreation Area  ( ) Red Rock Conservation Area
( ) BLM lands in Nevada commencing **12/18/2020** for **6** day(s)/month(s).

✓ **OTHER** **1-year Unsupervised Probation**
**- Defendant must not violate any local, state, or federal laws.**

PO Referral Sheet - Rev 7/13