RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Nevada State Bar No. 10944
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Robert_OBrien@fd.org

Attorney for Daisy Delgado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>DAISY DELGADO,<br><br>              Defendant. | Case Nos. 2:19-mj-00770-NJK<br><br>**STIPULATION TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Robert O'Brien, counsel for Daisy Delgado that the status hearing previously scheduled for July 14, 2020 at 1:30 p.m. be continued to a future date, in December 2020 for a status check.

This Stipulation is entered into for the following reasons:

1. Ms. Delgado pled guilty to one count of Operating a Motor Vehicle while Under the Influence of Alcohol, 36 CFR § 4.23(a)(1) on December 18, 2019 and received a sentence of one year of unsupervised probation. As part of unsupervised probation, the Court ordered the following special conditions: (a) Pay a $1,000.00 Fine and $10.00 Mandatory Penalty Assessment; (b) Attend / Complete a DUI Course and Victim Impact Panel; and (c)

Refrain from entering the Lake Mead National Recreation Area for six months, commencing December 18, 2019;

2. If Ms. Delgado (a) paid the fine and (b) completed her classes within the first six months of informal probation, the Government agreed to move jointly with the defense to allow Defendant to withdraw her guilty plea to Count One. The Government would then move to amend Count One to a charge of Reckless Driving and Defendant would plead guilty to Amended Count One. The parties will jointly request that the original sentence be applied to the Reckless Driving conviction.

3. To date, Ms. Delgado has completed the required courses and paid 40% of the outstanding fine.

4. Given the COVID-19 epidemic and the financial struggles of the customer service industry, where Ms. Delgado is employed, the Government agrees to extend the deadline for Ms. Delgado to pay the fine in order to receive a joint recommendation that she be allowed to withdraw her guilty plea and plead guilty to a charge of Reckless Driving.

5. The parties recognize the need to limit in person hearings due to the COVID-19 epidemic and rising infection rate in Nevada.

6. Accordingly, the parties jointly request the Court continue the status hearing until a date in December 2020, when the current term of informal probation would conclude.

DATE:  July 14, 2020

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Robert O'Brien*<br>By_____<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | */s/ Rachel L. Kent*<br>By_____<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAISY DELGADO,<br><br>　　　　Defendant. | Case Nos. 2:19-mj-00770-NJK<br><br>**ORDER** |

**ORDER**

　　Based on the pending Stipulation of counsel, IT IS ORDERED that the status hearing scheduled for July 14, 2020 at 1:30 p.m. be vacated and continued to December 3, 2020, at 1:30 p.m.

　　DATED: July 14, 2020.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE