RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Daisy Delgado

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAISY DELGADO,<br><br>        Defendant. | Case No. 2:19-mj-0770-NJK<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Daisy Delgado, that the Status Hearing currently scheduled on December 3, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defendant represents that she has mailed the final payment to the court. Court records reflect, however, that the payment has not been received or processed as of the filing of this stipulation.

2. The parties agree to the continuance.

1     This is the second request for a continuance of the Status Hearing.

2     DATED this 1st day of December, 2020.

3

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAISY DELGADO,<br><br>　　　　Defendant. | Case No. 2:19-mj-00770-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for Thursday, December 3, 2020 at 1:30 p.m., is continued to January 7, 2021, at 1:30 p.m. in Courtroom 3C.

　　DATED this 1st day of December, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE