RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Robert_OBrien@fd.org

Attorney for Daisy Delgado

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAISY DELGADO,<br><br>        Defendant. | Case No. 2:19-mj-0770-NJK<br><br>**STIPULATION TO AMEND COMPLAINT AND CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Daisy Delgado, that the parties request that this Court (1) permit the government to file an amended complaint, changing count one to a charge of Reckless Driving, (2) allow Ms. Delgado to plead guilty to amended Count One, and (3) apply the original sentence to the Reckless Driving conviction.

This Stipulation is entered into for the following reasons:

1.    This Court has scheduled a status conference for January 7, 2021 for an update on whether all the conditions of probation have been satisfied.

2. On December 18, 2019, Daisy Delgado pled guilty to Driving Under the Influence (count one of the Complaint).[1] On the same day, this Court sentenced her to one-year of unsupervised probation with the following special conditions: (a) pay a $1,000.00 Fine and $10.00 mandatory penalty assessment; (b) complete the Lower Court Counseling's DUI Course and Victim Impact Panel; (c) refrain from entering the Lake Mead National Recreation Area for six months; (d) refrain from violating any local, state or federal laws.

3. Pursuant to the terms of the guilty plea,[2] if Ms. Delgado paid her fine and completed her classes within the first six months of probation, the parties agreed to jointly move to allow Ms. Delgado to withdraw her guilty plea to Driving Under the Influence (count one). The government would then move to amend Count One to a charge of Reckless Driving and Ms. Delgado would plead guilty to Amended Count One. The parties will jointly request that the original sentence be applied to the Reckless Driving conviction.

4. Due to unemployment and financial issues arising as a result of the COVID-19 pandemic, the government agreed to extend the time until the end of 2020 for Ms. Delgado to pay her fines and complete her classes.

5. As of December 31, 2020, Ms. Delgado has completed her court-ordered probation conditions, including paying her fine, completing required classes, remaining out of Lake Mead National Recreation Area, and refraining from any law enforcement contact. Additionally, she has completed her one year of probation without incident.

6. As a result, the parties request that this Court (a) permit the government to file an amended complaint, changing count one to a charge of Reckless Driving, (b) allow Ms. Delgado to plead guilty to amended Count One, and (c) apply the original sentence to the Reckless Driving conviction.

---

[1] ECF Nos. 9-10.
[2] ECF No. 10.

2

1 | DATED this 4th day of January, 2021.

RENE L. VALLADARES  
Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

By */s/ Robert O'Brien*  
ROBERT O'BRIEN  
Assistant Federal Public Defender

By */s/ Rachel Kent*  
RACHEL KENT  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAISY DELGADO,<br><br>    Defendant. | Case No. 2:19-mj-00770-NJK<br><br>**ORDER** |

    IT IS ORDERED that the parties' stipulation, Docket No. 17, is DENIED as unnecessary.

    IT IS FURTHER ORDERED that the United States must file an amended complaint, in compliance with the Court's prior order, no later than January 4, 2021. The hearing set for January 7, 2021, at 1:30 p.m., remains.

    DATED this 4th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE