UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff(s),<br>v.<br>DAISY JEANETTE DELGADO,<br>　　　Defendant(s). | Case No.: 2:19-mj-00770-NJK<br><br>**ORDER** |

　　　The parties have been attempting to file an amended complaint without success. Docket Nos. 17-20.[1] The Court most recently denied the motion for that relief as unnecessary and reiterated that an amended complaint be filed. Docket No. 20.[2] The Government thereafter attempted to simply deliver a copy of the amended complaint to chambers.

　　　Given the multiple attempts at filing the amended complaint and the attempts to obtain off-the-record guidance from chambers, the Court hereby **ORDERS** the Government to file on the docket the proposed amended complaint signed by the ranger. The Court will review and address the proposed amended complaint once filed.

　　　IT IS SO ORDERED.

　　　Dated: January 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This is generally done orally at the status hearing, but the parties have sought that relief in writing in this case.

[2] That motion attached an amended complaint that was not signed by the ranger. Docket No. 19-1.